_____

No. 96-1078ND

_____

Patricia Elliott,                     *
                                      *
            Appellant,                *
                                      *    Appeal from the United States
     v.                               *    District Court for the District
                                      *    of North Dakota.
Shirley S. Chater, Commissioner       *
of Social Security                    *            [UNPUBLISHED]
Administration,  *
                                      *
            Appellee.                 *

_____

Submitted:  November 22, 1996

Filed:  November 27, 1996

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.


     Patricia Elliott appeals the district court's grant of summary
judgment affirming the Commissioner's decision to deny Elliott a waiver of
an overpayment of supplemental security income benefits.  After careful
review of the parties' briefs and the administrative record, we affirm for
the reasons stated in the magistrate judge's recommendation adopted by the
district court.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.